**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                                    NO. 4:12CR00020-001 SWW

CHAUNCEY WAYNE THOMPSON

<u>**ORDER**</u>

The above entitled cause came on for hearing on the government's petitions to revoke the supervised release previously granted this defendant in the United States District Court for the Western District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's petitions [docs #3 & #9]. The defendant shall serve a term of ***TWENTY-FOUR (24) MONTHS*** imprisonment in the custody of the Bureau of Prisons consecutive to any undischarged term of imprisonment currently being served in the Arkansas Department of Corrections. The Court recommends that defendant be incarcerated at Forrest City, Arkansas and that defendant participate in residential substance abuse treatment during incarceration.

IT IS FURTHERED ORDERED that the remainder of restitution in the amount of $3,953.52 and a fine in the amount of $5,000 previously ordered in the Western District of Arkansas is mandatory. During incarceration, defendant will pay 50% per month of all funds that are available to him. After incarceration, any unpaid financial penalty will be paid in monthly installments of not less than $100 per month. The interest requirement is waived pursuant to 18 U.S.C. § 3612.

There will be ***NO*** supervised release to follow.

The defendant is remanded to custody.

IT IS SO ORDERED this 29th day of November 2012.

<u>/s/Susan Webber Wright</u>
United States District Judge
